UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

TAMIKA N. WYCHE, ESQUIRE
LAW OFFICES OF DAVID PAUL DANIELS, LLC
3300 FEDERAL STREET
CAMDEN, NEW JERSEY 08105
**(856) 338-0411**
TW006502006

Order Filed on October 16, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re: RODERICK HOWARD, SR. & JOYCE HOWARD

Case No.: 17-25665 JNP

Adv. No.:

Hearing Date:

Judge: HON. JERROLD N. POSLUSNY JR.

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby

**ORDERED**.

**DATED: October 16, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(PAGE 2)

Debtor: RODERICK HOWARD, SR. & JOYCE HOWARD

Case No: 17-25665-JNP

Caption of Order: **ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**
_____

Upon consideration of Tamika N. Wyche, Esquire, application for an order granting attorney fees, and good cause appearing therefore, it is hereby

Ordered that TAMIKA N. WYCHE, ESQUIRE, the applicant, is allowed a fee of $800.00 for the services rendered as set forth in applicant's Certification of Debtor's Counsel Supporting Chapter 13 Fee. The allowance shall be payable:

__X__    through the Chapter 13 Plan as an administrative priority.

_____    outside the plan.

The debtor's monthly plan is modified to $309.00 per month for the remaining 34 months to allow for payment of the aforesaid fee, beginning, November 1, 2018.

United States Bankruptcy Court
District of New Jersey

In re: Case No. 17-25665-JNP
Roderick W. Howard,, Sr. Chapter 13
Joyce Howard
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 1 Date Rcvd: Oct 16, 2018
 Form ID: pdf903 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2018.
db/jdb    Roderick W. Howard,, Sr.,    Joyce Howard,    2854 Idaho Rd,    Camden, NJ  08104-2811

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2018                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2018 at the address(es) listed below:
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank, N.A. as trustee for CVI Loan GT Trust I
           rsolarz@kmllawgroup.com
          Tamika Nicole Wyche    on behalf of Debtor Roderick W. Howard,, Sr. dpdlawyer@comcast.net,
           G30609@notify.cincompass.com
          Tamika Nicole Wyche    on behalf of Joint Debtor Joyce  Howard dpdlawyer@comcast.net,
           G30609@notify.cincompass.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 6