UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

WARREN S. JONES, JR., ESQ.  #003781980
Law Offices of Warren S. Jones, Jr., LLC
1 Trinity Lane
Mt. Holly New Jersey 08060
(609) 261-8400
email@warrensjones.com
Attorneys for Secured Creditor Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A
C.241-7062.NF

In Re:
Roderick W. Howard, Sr.,
*and* Joyce Howard *aka* Joyce Purnell,
          Debtor.

**Order Filed on January 8, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No.: 17-25665-JNP

Adv. No.:

Hearing Date: 1/8/2019

Judge: Jerrold N. Poslusny Jr.

## ORDER ALLOWING FILING OF LATE CLAIM

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: January 8, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A, for allowance of late filing of its Proof of Claim as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the late filed Proof of Claim be permitted in order to reflect the terms of the loan modification as to the following:

Real property more fully described as:

**2854 Idaho Rd., Camden, NJ 08104**

The movant shall serve this order on the debtors, any trustee and any other party who entered an appearance on the motion.