UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

WARREN S. JONES, JR., ESQ.  #003781980
Law Offices of Warren S. Jones, Jr., LLC
1 Trinity Lane
Mt. Holly New Jersey 08060
(609) 261-8400
email@warrensjones.com
Attorneys for Secured Creditor Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A
C.241-7062.NF

**Order Filed on January 8, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:
Roderick W. Howard, Sr.,
*and* Joyce Howard *aka* Joyce Purnell,
　　　　　　Debtor.

Case No.: 17-25665-JNP

Adv. No.:

Hearing Date: 1/8/2019

Judge: Jerrold N. Poslusny Jr.

## ORDER ALLOWING FILING OF LATE CLAIM

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: January 8, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust A, for allowance of late filing of its Proof of Claim as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the late filed Proof of Claim be permitted in order to reflect the terms of the loan modification as to the following:

Real property more fully described as:
**2854 Idaho Rd., Camden, NJ 08104**

The movant shall serve this order on the debtors, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:
Roderick W. Howard,, Sr.
Joyce Howard
    Debtors

Case No. 17-25665-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jan 08, 2019
                           Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2019.
db/jdb        Roderick W. Howard,, Sr.,  Joyce Howard,  2854 Idaho Rd,  Camden, NJ  08104-2811

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2019 at the address(es) listed below:
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank, N.A. as trustee for CVI Loan GT Trust I
           rsolarz@kmllawgroup.com
          Tamika Nicole Wyche    on behalf of Debtor Roderick W. Howard,, Sr. dpdlawyer@comcast.net,
           G30609@notify.cincompass.com
          Tamika Nicole Wyche    on behalf of Joint Debtor Joyce  Howard dpdlawyer@comcast.net,
           G30609@notify.cincompass.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Warren S. Jones, Jr.    on behalf of Creditor    Wilmington  Savings  Fund  Society, FSB, as
           Trustee of Stanwich Mortgage Loan Trust A email@warrensjones.com,
           r46134@notify.bestcase.com;robert@warrensjones.com
                                                                                                     TOTAL: 7