Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–25665–JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Roderick W. Howard, Sr.
2854 Idaho Rd
Camden, NJ 08104–2811

Joyce Howard
aka Joyce Purnell
2854 Idaho Rd
Camden, NJ 08104–2811

Social Security No.:
 xxx–xx–6424                                          xxx–xx–9856

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:          May 10, 2019
Time:          10:00 AM
Location:      4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*73* – Certification In Objection to (related document:72 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 04/17/2019. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Tamika Nicole Wyche on behalf of Joyce Howard, Roderick W. Howard, Sr.. (Wyche, Tamika)

and transact such other business as may properly come before the meeting.

Dated: April 18, 2019
JAN: jpl

Jeanne Naughton
Clerk