Form 173 – hrggeneral

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−25665−JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Roderick W. Howard, Sr.
2854 Idaho Rd
Camden, NJ 08104−2811

Joyce Howard
aka Joyce Purnell
2854 Idaho Rd
Camden, NJ 08104−2811

Social Security No.:
   xxx−xx−6424                                    xxx−xx−9856

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:              May 10, 2019
Time:              10:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*73* − Certification In Objection to (related document:72 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 04/17/2019. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Tamika Nicole Wyche on behalf of Joyce Howard, Roderick W. Howard, Sr.. (Wyche, Tamika)

and transact such other business as may properly come before the meeting.

Dated: April 18, 2019
JAN: jpl

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Roderick W. Howard,, Sr.
Joyce Howard
    Debtors

Case No. 17-25665-JNP
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin        Page 1 of 1        Date Rcvd: Apr 18, 2019
                          Form ID: 173        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2019.
db/jdb        Roderick W. Howard,, Sr.,    Joyce Howard,    2854 Idaho Rd,    Camden, NJ    08104-2811

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2019                                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2019 at the address(es) listed below:
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
         summarymail@standingtrustee.com
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
        Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank, N.A. as trustee for CVI Loan GT Trust I
         rsolarz@kmllawgroup.com
        Tamika Nicole Wyche    on behalf of Debtor Roderick W. Howard,, Sr. dpdlawyer@comcast.net,
         G30609@notify.cincompass.com
        Tamika Nicole Wyche    on behalf of Joint Debtor Joyce  Howard dpdlawyer@comcast.net,
         G30609@notify.cincompass.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        Warren S. Jones, Jr.    on behalf of Creditor    Wilmington  Savings  Fund  Society, FSB, as
         Trustee of Stanwich Mortgage Loan Trust A email@warrensjones.com,
         r46134@notify.bestcase.com;robert@warrensjones.com
                                                                                                                    TOTAL: 7