Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–25665–JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Roderick W. Howard, Sr.
2854 Idaho Rd
Camden, NJ 08104–2811

Joyce Howard
aka Joyce Purnell
2854 Idaho Rd
Camden, NJ 08104–2811

Social Security No.:
  xxx–xx–6424             xxx–xx–9856

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Andrew Sklar is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 26, 2019</u>          <u>Jerrold N. Poslusny Jr.</u>
                                           Judge, United States Bankruptcy Court