**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Roderick W. Howard, Sr. | Social Security number or ITIN  xxx–xx–6424 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Joyce Howard | Social Security number or ITIN  xxx–xx–9856 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–25665–JNP | |

# Order of Discharge                                                                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Roderick W. Howard, Sr.                                             Joyce Howard
                                                                                         aka Joyce Purnell

7/26/19                                                                              **By the court:**   Jerrold N. Poslusny Jr.
                                                                                                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

```
                             United States Bankruptcy Court
                                  District of New Jersey

In re:                                                                  Case No. 17-25665-JNP
Roderick W. Howard,, Sr.                                                Chapter 7
Joyce Howard
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin                Page 1 of 3                  Date Rcvd: Jul 26, 2019
                               Form ID: 318               Total Noticed: 56


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2019.
db/jdb         #Roderick W. Howard,, Sr.,    Joyce Howard,    2854 Idaho Rd,    Camden, NJ 08104-2811
516979368       AAdvantage Card Services,    PO Box 13337,    Philadelphia, PA 19101-3337
517020565      +ARS Account Resolution,    1643 N. Harrison Pkwy,    Ste 100,    Sunrise, FL 33323-2857
516979371       ARS Account Resolution,    PKWY STE 100,    Sunrise, FL 33323
516979370       Apex Asset Management,    2501 Oregon Pike Ste 120,    Lancaster, PA 17601-4890
516979376       CCMUA,   PO Box 1105,    Bellmawr, NJ 08099-5105
517081514      +Camden County MUA,    1645 Ferry Avenue,    Camden, NJ 08104-1311
516979373      +Camden County Special Civil Part,     101 S 5th St,    Camden, NJ 08103-4099
516979374      +Camden County Special Civil Pary,     101 S 5th St,    Camden, NJ 08103-4099
516979377       Chase Auto Finance,    PO Box 901003,    Fort Worth, TX 76101-2003
516979378      +Citifinancial,    PO Box 222178,    Charlotte, NC 28222-2178
518267307       Citifinancial,   608 Munn Road,    Fort Mills, SC 29715
516979379       City of Camden,   City Hall, Room 117,     PO Box 95120,    Camden, NJ 08101-5120
517021306      +City of Camden,   Dept. of Revenue & Collections,     c/o Office of the City Attorney,
                 Suite 419-City Hall,    520 Market Street,    Camden, NJ 08102-1300
516979380       City of Camden (American Water),    PO Box 52747,     Phoenix, AZ 85072-2747
516979382       Cooper Hea;th Systems,    C/O Quality Asset Recovery,    7 Foster Ave Ste 101,
                 Gibbsboro, NJ 08026-1191
516979384      +David Faloni, Esq.,    165 Passaic Ave Ste 301B,    Fairfield, NJ 07004-3592
517071281       JCMorgan Chase Bank NA,    PO Box 29505,    AZi-1191,    Phoenix, AZ 85038-9505
517070449       JPMorgan Chase Bank, N.A.,    National Bankruptcy Department,     P.O. BOX 901032,
                 Ft. Worth, TX 76101-2032
517035150      +M&T Bank,    PO Box 1508,    Buffalo, New York 14240-1508
516979393       MTAG Cust/FIG CAP INV NJ13 LLC,    PO Box 54472,    New Orleans, LA 70154-4472
516979396       Northland Group Inc.,    PO Box 390846,    Minneapolis, MN 55439-0846
516979398       PSE&G,   PO Box 1444,    New Brunswick, NJ 08903-1444
516979399       Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ 08026-1191
517298852      +Wilmington Savings Fund Society,    Prober & Raphael,    20750 Ventura Blvd,    Suite 100,
                 Woodland Hills, CA 91364-6207
517177832      +Wilmington Savings Fund Society FSB,    Jenelle C. Arnold,    Aldridge Pite, LLP,
                 4375 Jutland Drive, Suite 200,    PO Box 17933,    San Diego, CA 92177-7921
517849165      +Wilmington Savings Fund Society, FSB,et al,    c/o Carrington Mortgage Services, LLC,
                 1600 South Douglas Road,    Anaheim, CA 92806-5948

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 27 2019 01:09:11      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 27 2019 01:09:07      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516979369       E-mail/Text: kristin.villneauve@allianceoneinc.com Jul 27 2019 01:07:02
                 AllianceOne Receivable Management,    PO Box 3111,    Southeastern, PA 19398-3111
516979372       E-mail/Text: bankruptcy@cavps.com Jul 27 2019 01:09:33      Calvary Portifilio SVCS,
                 500 Summit Lake Dr Apt D,    Valhalla, NY 10595-1340
516979375       EDI: CAPITALONE.COM Jul 27 2019 04:28:00      Capital One Bank,    PO Box 71083,
                 Charlotte, NC 28272-1083
517210621      +E-mail/Text: bankruptcy@cavps.com Jul 27 2019 01:09:33      Cavalry SPV II, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
516979381       EDI: WFNNB.COM Jul 27 2019 04:28:00      Comenity Bank/NY & Co.,    PO Box 182789,
                 Columbus, OH 43218-2789
516979383       EDI: RCSFNBMARIN.COM Jul 27 2019 04:28:00      Credit One Bank,    PO Box 98873,
                 Las Vegas, NV 89193-8873
517127310       E-mail/Text: carol.franklin@ditech.com Jul 27 2019 01:06:59      Ditech Financial LLC,
                 2100 East Elliot Road,    Bldg. 94, Recovery Dept. T-120,    Tempe, AZ 85284
516979385       E-mail/Text: bankruptcy.bnc@ditech.com Jul 27 2019 01:08:39      Ditech,    PO Box 6172,
                 Rapid City, SD 57709-6172
516979386       EDI: BLUESTEM Jul 27 2019 04:28:00      Fingerhut,    PO Box 166,   Newark, NJ 07101-0166
516979387       EDI: JEFFERSONCAP.COM Jul 27 2019 04:28:00      Jefferson Capital System,    16 McLeland Rd,
                 Saint Cloud, MN 56303-2198
517123485       EDI: JEFFERSONCAP.COM Jul 27 2019 04:28:00      Jefferson Capital Systems LLC,    PO Box 7999,
                 St Cloud MN 56302-9617
516979388       EDI: LTDFINANCIAL.COM Jul 27 2019 04:28:00      LTD Financial Svs,    7322 Southwest Fwy Ste 1600,
                 Houston, TX 77074-2134
516979389       EDI: RESURGENT.COM Jul 27 2019 04:28:00      LVNV Funding LLC,    PO Box 10497,
                 Greenville, SC 29603-0497
517139452       EDI: RESURGENT.COM Jul 27 2019 04:28:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
516979390       EDI: RESURGENT.COM Jul 27 2019 04:28:00      LVNVFunding,    PO Box 740281,
                 Houston, TX 77274-0281
516979391       E-mail/Text: camanagement@mtb.com Jul 27 2019 01:08:41      M&T Bank,    PO Box 62082,
                 Baltimore, MD 21264-2082
```

```
District/off: 0312-1          User: admin              Page 2 of 3                Date Rcvd: Jul 26, 2019
                              Form ID: 318             Total Noticed: 56
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
516979392        EDI: MID8.COM Jul 27 2019 04:28:00      Midland Funding,   8875 Aero Dr Ste 200,
                  San Diego, CA  92123-2255
516979394        E-mail/PDF: bankruptcy@ncfsi.com Jul 27 2019 01:15:11      New Century Financial,
                  110 S Jefferson Rd Ste 104,   Whippany, NJ  07981-1038
516979395        EDI: WFNNB.COM Jul 27 2019 04:28:00      New York & Company,   PO Box 659728,
                  San Antonio, TX  78265-9728
517106645        EDI: PRA.COM Jul 27 2019 04:28:00      Portfolio Recovery Associates, LLC,
                  c/o Capital One Bank, N.a.,    POB 41067,   Norfolk VA 23541
517179588       +E-mail/Text: bankruptcy@pseg.com Jul 27 2019 01:07:00      PSEG,   Attn: Bankruptcy,
                  PO Box 490,   Cranford, NJ 07016-0490
517159951        EDI: Q3G.COM Jul 27 2019 04:28:00      Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                  PO Box 788,   Kirkland, WA  98083-0788
517170134        E-mail/Text: bkdepartment@rtresolutions.com Jul 27 2019 01:09:25
                  Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                  Dallas, Texas 75247-4029
517170135        E-mail/Text: bkdepartment@rtresolutions.com Jul 27 2019 01:09:25
                  Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                  Dallas, Texas 75247-4029,    Real Time Resolutions, Inc.,
                  1349 Empire Central Drive, Suite #150,    Dallas, Texas 75247-4029
516979400        EDI: RMSC.COM Jul 27 2019 04:28:00      SYNCHRONY Bank/Walmart,   PO Box 965036,
                  Orlando, FL  32896-5036
516982106       +EDI: RMSC.COM Jul 27 2019 04:28:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk, VA 23541-1021
517095790       +EDI: AIS.COM Jul 27 2019 04:28:00      Verizon,   by American InfoSource LP as agent,
                  4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 29

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517181214*       Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                  Dallas, Texas 75247-4029
517181215*       Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                  Dallas, Texas 75247-4029,    Real Time Resolutions, Inc.,
                  1349 Empire Central Drive, Suite #150,    Dallas, Texas 75247-4029
517932418*      +Wilmington Savings Fund Society, FSB, et al,   c/o Carrington Mortgage Services, LLC,
                  1600 South Douglas Road,    Anaheim, CA 92806-5948
lm              ##+Citifinancial,   1144 State Route 35,   Middletown, NJ 07748-2600
516979397        ##Penn Credit Corporation,   PO Box 988,   Harrisburg, PA  17108-0988
                                                                                   TOTALS: 0, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2019 at the address(es) listed below:
```
              Andrew Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor   U.S. Bank, N.A. as trustee for CVI Loan GT Trust I
               rsolarz@kmllawgroup.com
              Tamika Nicole Wyche    on behalf of Debtor Roderick W. Howard,, Sr. dpdlawyer@comcast.net,
               G30609@notify.cincompass.com
```

```
District/off: 0312-1           User: admin             Page 3 of 3            Date Rcvd: Jul 26, 2019
                               Form ID: 318            Total Noticed: 56
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
    Tamika Nicole Wyche    on behalf of Joint Debtor Joyce  Howard dpdlawyer@comcast.net,
     G30609@notify.cincompass.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
    Warren S. Jones, Jr.    on behalf of Creditor    Wilmington  Savings  Fund  Society, FSB, as
     Trustee of Stanwich Mortgage Loan Trust A email@warrensjones.com,
     r46134@notify.bestcase.com;robert@warrensjones.com
                                               TOTAL: 7